# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | Case No. 2:14-cr-00051-MMD-GWF |
| vs. ) | ORDER SETTING HEARING |
| JAMES DAVID ZIPF, ) | (Docket No. 27) |
|         Defendant. ) | |

Pending before the Court is the parties' motion regarding pre-trial release. Docket No. 27. The Court hereby sets the motion for hearing on July 21, 2014, at 1:30 p.m. in courtroom 3B. The defendant and all counsel are required to be present in the courtroom at the hearing.

IT IS SO ORDERED.

DATED: July 2, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge